**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BOHDAN SAVCHUK,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2185-G** |
| | ) | |
| **WARDEN, Diamondback Correctional Facility, et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

On August 18, 2026, Petitioner Bohdan Savchuk filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Chris M. Stephens for preliminary review.

On November 2, 2026, Judge Stephens issued a Report and Recommendation ("R. & R.," Doc. No. 26), in which he recommended that the Petition be dismissed as moot. *See id.* at 2-5. In the R. & R., Judge Stephens advised the parties of their right to object to the R. & R. by November 16, 2026. Judge Stephens also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 26) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot.

A separate judgment shall be entered.

IT IS SO ORDERED this 25th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge